KELLY, C.J. I would grant the application for leave to appeal and the cross-application for leave to appeal.

*Leave to Appeal denied January 23, 2009:*

*In re* WHEETLEY (BLOOM V WHEETLEY), No. 137941; Court of Appeals No. 285994.

CAMPO V GREENWICH INSURANCE COMPANY, No. 138050; Court of Appeals No. 288486.

*Motion for Clarification Granted January 27, 2009:*

YOUNG V NANDI, No. 134799. On order of the Court, the motion for clarification of this Court's October 3, 2008, order is considered, and it is granted. For the reasons stated in that order, the Court of Appeals erred in affirming the trial court's denial of the defendants' request for a hearing concerning attorney fees in the plaintiff's favor as case evaluation sanctions under MCR 2.403(O)(6)(b). "Under the facts of this case, such a hearing was necessary." In our October 3, 2008 order, we remanded this case to the Oakland Circuit Court "for a hearing on the subject of a reasonable attorney fee, consistent with *Smith v Khouri*, 481 Mich 519 (2008)." We clarify, however, that such a hearing shall occur only if the Oakland Circuit Court first determines, on remand, that the plaintiff is still entitled to case evaluation sanctions in light of the rulings made by the Court of Appeals. We do not retain jurisdiction. Court of Appeals No. 266261.

CAVANAGH and WEAVER, JJ. We would grant reconsideration and, on reconsideration, would grant leave to appeal.

*Leave to Appeal Denied January 27, 2009:*

PEOPLE V KENNEDY, No. 135570; Court of Appeals No. 271020.

PEOPLE V BRYANT WILEY, No. 136234. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 282915.

PEOPLE V FAULK, No. 136326; Court of Appeals No. 273688.

ASSOCIATION OF BUSINESSES ADVOCATING TARIFF EQUITY V PUBLIC SERVICE COMMISSION, No. 136504; reported below 279 Mich App 180.

ATTORNEY GENERAL V PUBLIC SERVICE COMMISSION, No. 136506; Court of Appeals No. 275135.

PEOPLE V REID, No. 136533; Court of Appeals No. 284523.

LEAPHART V CITY OF DETROIT, Nos. 136662and 136663; Court of Appeals Nos. 285146 and 285147.